# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| River Chunnui,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Peoria Unified School District, et al.,<br><br>　　　　Defendants. | No. CV-24-00503-PHX-MTL<br><br>**ORDER** |

　　**IT IS ORDERED** that the parties' Joint Stipulation for Extension of Time to File a Responsive Pleading (Second Request) (Doc. 10) is **granted**.

　　**IT IS FURTHER ORDERED** that Defendants shall file an answer or otherwise respond to Plaintiff's Complaint (Doc. 1) no later than **June 17, 2024**.

　　Dated this 28th day of May, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge