# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| River Chunnui, | No. CV-24-00503-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Peoria Unified School District, et al., | |
| Defendants. | |

The Court has reviewed the parties' Stipulation for Extension of Time for Plaintiff to File Response to Defendants' Motions to Dismiss (Doc. 14), and good cause appearing,

**IT IS ORDERED granting** the parties' Stipulation for Extension of Time for Plaintiff to File Response to Defendants' Motions to Dismiss (Doc. 14)..

**IT IS FURTHER ORDERED** that Plaintiff shall file a response to Defendants' respective motions to dismiss (Docs. 12, 13) no later than **July 8, 2024**.

Dated this 27th day of June, 2024.

Michael T. Liburdi
United States District Judge