# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| River Chunnui,<br><br>    Plaintiff,<br><br>v.<br><br>Peoria Unified School District, et al.,<br><br>    Defendants. | No. CV-24-00503-PHX-MTL<br><br>**ORDER** |

**IT IS ORDERED** setting in-person oral argument on Defendants Heather Rooks and Rebecca Hill's Partial Motion to Dismiss (Doc. 12) and Defendant Peoria Unified School District's Partial Motion to Dismiss (Doc. 13) for **November 20, 2024**, at **10:00 a.m.** (Arizona time) in Courtroom 504, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona, 85003 before United States District Judge Michael T. Liburdi.

Dated this 1st day of October, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge