IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| River Chunnui, | No. CV-24-00503-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Peoria Unified School District, et al., | |
| Defendants. | |

The Court, having considered the parties' Stipulation (Doc. 25) and good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 25) is granted. Defendant Peoria Unified School District and Defendants Heather Rooks and Rebecca Hill shall file their responsive pleadings in this matter on **January 6, 2025**, or within **fourteen (14) days** after service of an amended complaint by Plaintiff, whichever is later.

Dated this 27th day of November, 2024.

Michael T. Liburdi
United States District Judge