Gordon Lewis, Bar #015162
Stephanie D. Baldwin, Bar #036897
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4479
Fax: (602) 200-7897
glewis@jshfirm.com
sbaldwin@jshfirm.com

Attorneys for Defendant Peoria Unified School District

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| River Chunnui f/k/a Sarah Chunnui, an individual,<br><br>Plaintiff,<br><br>v.<br><br>Peoria Unified School District, et al,<br><br>Defendants. | No. 2:24-cv-00503-MTL<br><br>**Notice of Appearance** |

Notice is hereby given that, within Jones, Skelton & Hochuli, P.L.C., Stephanie D. Baldwin is being added as counsel of record for Defendant Peoria Unified School District. Gordon Lewis will continue to appear as counsel for Defendant. Counsel for Defendant respectfully requests that all future orders, pleadings, correspondence and notices be directed to the following:

> Gordon Lewis
> Stephanie D. Baldwin
> 40 North Central Avenue, Suite 2700
> Phoenix, Arizona 85004
> glewis@jshfirm.com
> sbaldwin@jshfirm.com

117915654.1

DATED this 3rd day of January, 2025.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Gordon Lewis
Gordon Lewis
Stephanie D. Baldwin
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Peoria Unified
School District

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2025, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Jacqueline Mendez Soto
James E. Barton II
Daniella Fernandez Lertzman
Barton Mendez Soto PLLC
401 W. Baseline Road, Suite 205
Tempe, Arizona 85283
Jacqueline@bartonmendezsoto.com
James@bartonmendezsoto.com
Daniella@bartonmendezsoto.com
Attorneys for Plaintiff

Eli T. Enger
Meghan M. Baka
Udall Shumway
1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
ete@udallshumway.com
mmb@udallshumway.com
docket@udallshumway.com
Attorneys for Defendants Rooks & Hill

/s/ Megan Axlund

2

117915654.1