# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| River Chunnui, | No. CV-24-00503-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Peoria Unified School District, et al., | |
| Defendants. | |

**IT IS ORDERED** vacating the Rule 16 Scheduling Conference set for Tuesday, March 25, 2025 at 10:30 A.M. Separate Scheduling Order to issue.

Dated this 24th day of March, 2025.

Michael T. Liburdi
United States District Judge