# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| River Chunnui, | No. CV-24-00503-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Peoria Unified School District, et al., | |
| Defendants. | |

**IT IS ORDERED** referring this matter to United States Magistrate Judge John Z. Boyle (selected by random draw) for purposes of conducting a Settlement Conference. Counsel are directed to jointly contact the chambers of Judge Boyle by emailing boyle_chambers@azd.uscourts.gov or calling (602) 322-7670 no later than seven (7) days from the date of this Order to schedule a Settlement Conference and for instructions regarding preparation for the conference.

**IT IS FURTHER ORDERED** that the parties shall promptly notify the Court at any time a settlement is reached during the course of this litigation.

Dated this 24th day of March, 2025.

Michael T. Liburdi
United States District Judge